IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen        Date:   October 16, 2013
Court Reporter:    Gwen Daniel           Probation: Ryan P. Henry
                                         Interpreter: Ellen Klaver

_____

Criminal Action No.  13-cr-00115-WJM          *Counsel:*

UNITED STATES OF AMERICA,                     Beth N. Gibson

    Plaintiff,

v.

PEDRO ANTONIO DIAZ-RAMIREZ,                   Brian R. Leedey

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:00 p.m.     Court in Session

Appearances

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Ms. Gibson)

Sentencing Statement (by Mr. Leedy)

1

**ORDERED:   Defendant's Objections to the Presentence Investigation Report (ECF No. 23) are OVERRULED AS WITHDRAWN.**

Statement by defendant's daughter

Statement by defendant's son

Statement by defendant's sister

Statement by a friend of the defendant

Defendant's Allocution

**ORDERED:   Defendant's Motion for Below Guideline Statutory Sentence (ECF No. 24) is GRANTED IN PART.**

> Defendant plead guilty to Count One of the Indictment on May 23, 2013.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Pedro Antonio Diaz-Ramirez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve months and one day.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court also recommends that the defendant be incarcerated at a facility appropriate to his security designation located within the District of Colorado.**

**No period of supervised release shall be imposed. The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

        **The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

        **The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the Special Assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

02:51 p.m.   Court in Recess
                Hearing concluded
                Time: 51 minutes